Hugh Hill and Eugene Miner Taylor, Copartners, Doing Business Under the Firm Name and Style of Edward Hill's Son & Company, Respondents, v. Henry C. Muller, Defendant, and Charles Muller, Appellant, Copartners, Doing Business Under the Firm Name and Style of H. C. Muller & Company.— Orders affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

Joseph L. Torres, Respondent, v. Andrew Fernandez and Joseph M. Fernandez, Defendants.   Tiburcio Bea and Others, as Surviving Partners of the Firm of Bea, Bellido & Company, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Order filed.

## Second Department, February, 1907.

In the Matter of the Application of Alfred Lotary for Admsssion to the Bar. — Application granted.   Present — Woodward, Jenks, Gaynor and Rich, JJ.